UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY, also known as EMC
INSURANCE COMPANIES,

      Plaintiff                                      08-cv-15276

v.                                               Judge Denise Page Hood

HAMED AL-MASHHADI, ADEL
KOBEISSI, SCHAEFER and PURITAN, INC.,
and SATTER AL-BAYDANNY also known as
SATAAR AL-BAYDANY,

      Defendants.
_____/

## **JUDGMENT**

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Judgment is entered in favor of Plaintiff and against Defendants.

                                                                  DAVID J. WEAVER
                                                                   CLERK OF COURTS

Approved:                                        By: s/ Wm. F. LEWIS
                                                             Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Dated: August 24, 2009
Detroit, Michigan